T. L. ANDERSON *v.* A. A. GRADY, ET AL.

Appeals—Jurisdiction.
>    The court of appeals has no jurisdiction of an appeal taken from an order of the court which was not a final order.

Final Judgment.
>    A final judgment is one which finally determines the rights of the parties.

APPEAL FROM BARREN CIRCUIT COURT.

March 2, 1876.

OPINION BY JUDGE COFER:

The orders appealed from in this case are not final orders within the meaning of section 15 of the Civil Code; and this court, therefore, has no jurisdiction of this appeal. If the appellant desired to rest his case upon his demurrer he should have so intimated to the

circuit court, and allowed such judgment to be rendered as that court deemed right, and then have prosecuted his appeal from the judgment.

Until the action is disposed of by a judgment finally determining the rights of the parties so far as the circuit court is concerned, no appeal will lie.

Appeal *dismissed.*

*J. H. Lewis, for appellant.*